IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WILFREDO QUINTANA, )
        Plaintiff, )
        )
        v. )   1:05CV00667
        )
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
        )
        Defendant. )

ORDER

On December 15, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636. Therefore, the Court reviews the Recommendation for clear error. Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir.2005) (explaining that "in the absence of a timely filed objection, a district court . . . must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'" (quoting Fed. R. Civ. P. 72 advisory committee's note)).

For the reasons sets forth in the Recommendation, Plaintiff's Motion for Summary Judgment (Doc. # 9) is DENIED, Defendant's Motion for Judgment on the Pleadings (Doc. # 11) is GRANTED, and this action is DISMISSED with prejudice.

This the 16th day of November, 2007.

                                            /s/ N. Carlton Tilley, Jr.
                                            United States District Judge